IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:06CV212-W

| | |
|---|---|
| BARBARA L. EUTSLER,  )<br>    Plaintiff,  )<br>                    )<br>   vs.             )<br>                    )<br>JO ANNE B. BARNHART,  )<br>Commissioner of Social  )<br>Security Administration,  )<br>    Defendant.  )<br>                    ) | **ORDER** |

**THIS MATTER** is before the Court on its own motion following notification by the Clerk's office that through no fault of the Plaintiff, the Summons has not been issued.

**NOW, THEREFORE, IT IS ORDERED:**

1. The time for service of process is extended 120 days from this date.

2. The Clerk is directed to prepare the Summons and deliver it along with a copy of the Complaint to the United States Marshal for service at government expense.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: September 15, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge